IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-149-RLV-DCK

| | |
|---|---|
| FIBREWORKS COMPOSITES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RALF BRAND and FIBREWORKS GmbH ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Sean F. Perrin concerning Gregory T. Wolf on December 6, 2012. Mr. Wolf seeks to appear as counsel *pro hac vice* for Defendants Ralf Brand and Fibreworks GmbH. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED**. Mr. Wolf is admitted *pro hac vice* to represent Defendants Ralf Brand and Fibreworks GmbH.

Signed: December 6, 2012

David C. Keesler
United States Magistrate Judge