**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-149-RLV-DCK**

| | | |
|---|---|---|
| **FIBREWORKS COMPOSITES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FIBREWORKS GMBH and** | ) | |
| **RALF BRAND** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, David B. Hamilton, filed a report of mediation (Document No. 16) notifying the Court that the parties reached a settlement on March 27, 2013. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **April 30, 2013**.

Signed: April 3, 2013

David C. Keesler
United States Magistrate Judge